IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TARA LEA HICKS,<br><br>    Plaintiff,<br><br> vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security;<br><br>    Defendant. | 8:25CV618<br><br><br>**ORDER** |

  Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing No. 2). The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed *in forma pauperis*.

  Accordingly,

  IT IS ORDERED:

  1. Plaintiff's application, (Filing No. 2) is granted, and Plaintiff may proceed in this matter without prepaying fees or costs.

  2. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

  Dated this 17th day of October, 2025.

                  BY THE COURT:

                  s/ Ryan C. Carson
                  United States Magistrate Judge